UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-20845-CIV-HIGHSMITH
Magistrate Judge Dubé

JULIO E. BORRERO,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION
## AND REMANDING FOR FURTHER PROCEEDINGS

THIS CAUSE is before the Court upon the Report and Recommendation ("R&R") issued by United States Magistrate Judge Robert L. Dubé [DE 25]. Therein, Magistrate Judge Dubé recommended that:

(1) Defendant's Motion for Summary Judgment [DE 16] ("Defendant's Motion") be denied; and

(2) Plaintiff's Motion for Judgment on the Pleadings [DE 18] be granted in part.

Having reviewed the R&R, the record, noting that no objections have been filed, and being otherwise advised in the premises, it is hereby

ORDERED AND ADJUDGED that the R&R is ADOPTED in its entirety. Defendant's Motion for Summary Judgment [DE 16] is DENIED; Plaintiff's Motion for Judgment on the Pleadings is GRANTED in part. Accordingly, it is

FURTHER ORDERED AND ADJUDGED that the decision by the ALJ is REVERSED and this case is REMANDED for further proceedings consistent with the R&R.  This case is closed, any pending motions are denied as moot.

DONE AND ORDERED in Chambers, at Miami, Miami-Dade County, Florida, this <u>24th</u> day of June, 2008.

_____
SHELBY HIGHSMITH
UNITED STATES DISTRICT JUDGE

cc:     Magistrate Judge Dubé
        All counsel of record